458 A.2d 268

Watson v. Steinour, Appellant.

Argued January 6, 1982. Daniel K. Deardorff, for appellant; Philip A. Arnold, for appellee. Before SPAETH, CAVANAUGH and MONTEMURO, JJ. Order affirmed.

458 A.2d 268

Wilkins v. Ugite Gas, Inc., etc., et al.

Appeal of Ugite Gas, Inc.

Petition for Allowance of Appeal
Denied Oct. 11, 1983.

Argued May 19, 1982. Joseph A. Macerelli, for appellant; James F. Manley, for appellees.
Before ROWLEY, MONTEMURO and VAN der VOORT, JJ.
Order affirmed.